### TEEM *et al. v.* COX *et al.*

FISH, C. J. Citizens and taxpayers have not such interest as will authorize them to maintain a petition for the writ of prohibition to prevent the jury commissioners of the county from revising jury-lists and making up jury-boxes as provided in the Penal Code, § 816 et seq., and § 820 et seq. State of Washington ex rel. Hanna *v.* Main, 62 Wash. 242 (113 Pac. 632, 34 L. R. A. (N. S.) 255) ; *Mealing* v. *Augusta, Dudley,* 221; 32 Cyc. 622.

(*a*) Litigants have a legal remedy by challenge to the array of jurors on the trial of the case. *Carter* v. *State,* 143 *Ga.* 632 (2c), 639 (85 S. E. 884).

(*b*) Applying the foregoing to the allegations of the petition, there was no error in denying the writ of prohibition.

*Judgment affirmed. All the Justices concur.*

No. 548. JUNE 14, 1918.

Petition for injunction. Before Judge Morris. Gilmer superior court. July 21, 1917.

*Little, Powell, Smith & Goldstein,* for plaintiffs.

*Clark Ray, William Butt,* and *G. D. Anderson,* for defendants.